175 So. 919

**P. O. ADAMS v. DWIGHT MFG. CO.**

**7 Div. 436.**

Supreme Court of Alabama.

March 18, 1937.

Rehearing Denied June 28, 1937.

Borden Burr, of Birmingham, and George Ross, of Bessemer, for appellant.

Goodhue & Lusk, of Gadsden, A. A. Carmichael, Atty. Gen., Thos. Seay Lawson, C. L. Rowe, and Peyton D. Bibb, Asst. Attys. Gen., Nicholas E. Stallworth, of Mobile, and Joseph P. Chamberlain and Noel T. Dowling, Sp. Assts. to the Atty. Gen., for appellee.

FOSTER, Justice.

The judgment of the circuit court is affirmed upon the authority of Beeland Wholesale Company v. Jacob L. Kaufman, Chairman, et al., ante, p. 249, 174 So. 516, this day decided.

Affirmed.

GARDNER, THOMAS, BOULDIN, and KNIGHT, JJ., concur.

ANDERSON, C. J., concurs specially.

BROWN, J., concurs in part and dissents in part.

173 So. 911

**Ex parte W. A. ALEXANDER.**

**8 Div. 789.**

Supreme Court of Alabama.

April 26, 1937.

Chas. H. Eyster, of Decatur, for petitioner.

PER CURIAM.

Petition dismissed by petitioner.

173 So. 911

**Lucius ALLEN v. Dwight A. WILEY et al.**

**2 Div. 78.**

Supreme Court of Alabama.

March 16, 1937.

Keeton Arnett, of Selma, for appellant.

W. E. Brown and Pettus & Fuller, all of Selma, for appellees.

PER CURIAM.

Appeal dismissed by appellant.